```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed June 22, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 12-41587 WJL |
| **SANDRA WARD,** | Chapter 13 |
|         **Debtor.** | ORDER APPROVING STIPULATION RESOLVING OBJECTION OF AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN |

The terms of the parties' stipulated agreement having been reviewed and considered, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. The 2007 Dodge Charger [Vehicle Identification Number 2B3KA43G97H618060] is valued at $10,607.00, with interest thereon accruing at the rate of 8.00% per annum.

2. Debtor will file an amended Chapter 13 Plan that conforms with the terms set forth herein and successfully completes within sixty (60) months from the date of confirmation.

3. Americredit Financial Services, Inc. dba GM Financial's objection to confirmation of plan is deemed withdrawn.

4. Americredit Financial Services, Inc. dba GM Financial's Proof of Claim #16 will be withdrawn within a month from the entry of the stipulation filed on June 21, 2012 as docket #18.

Approved as to Form and Content:

Dated: June 22, 2012          /s/   Jennifer Wang_____
                              JENNIFER WANG
                              Attorney on behalf of
                              Americredit Financial
                              Services, Inc. dba GM
                              Financial

** END OF ORDER**

|   |                                                           |
|---|-----------------------------------------------------------|
| 1 | COURT SERVICE LIST                                        |
| 2 | Cooksey, Toolen, Gage, Duffy & Woog                       |
| 3 | A Professional Corporation<br>535 Anton Boulevard, 10th Floor |
| 4 | Costa Mesa, CA 92626-1977                                 |
| 5 | Americredit Financial Services, Inc. dba GM Financial     |
| 6 | PO Box 183853<br>Arlington, TX 76096                      |
| 7 |                                                           |
| 8 | Attn: Ramesh Singh<br>Cascade Capital, LLC<br>C/o Recovery Management Systems |
| 9 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605      |
| 10 |                                                          |
| 11 | Michael Cosentino (USA)<br>Attorney at Law               |
| 12 | P.O. Box 129<br>Alameda, CA 94501                        |
| 13 |                                                          |
| 14 |                                                          |
| 15 |                                                          |
| 16 |                                                          |
| 17 |                                                          |
| 18 |                                                          |
| 19 |                                                          |
| 20 |                                                          |
| 21 |                                                          |
| 22 |                                                          |
| 23 |                                                          |
| 24 |                                                          |
| 25 |                                                          |
| 26 |                                                          |